THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNG HONG,<br>　aka LAURENCE HONG<br>　aka LAWRENCE HONG<br>and<br>HYUN JOO HONG,<br>　aka GRACE HONG,<br><br>　　　　Defendants. | No. 2:17-cr-00163-TSZ<br><br>**ORDER GRANTING DEFENDANT HYUN JOO HONG'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　This matter having come to the Court's attention pursuant to the Defendants' Unopposed request for modification of her Appearance Bond, and the Court having reviewed the basis for the motion,

　　It is hereby ORDERED that the Appearance Bond is modified to allow the defendant and her co-defendant, Sung Hong, to meet or talk as necessary in order to prepare their defense so long as said meetings or discussions are in the presence of counsel.

　　DATED this 31st day of August, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEF'S MOT. TO
MODIFY CONDITIONS OF RELEASE
(No. 2:17-cr-00163-TSZ) –1
LEGAL136784418.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*/s/ Thomas W. Hillier, II*
Thomas W. Hillier, II, WSBA No. 5193
THillier@perkinscoie.com
Michelle L. Maley, WSBA No. 51318
MMaley@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant Hyun Joo Hong, aka Grace Hong

ORDER GRANTING DEF'S MOT. TO MODIFY CONDITIONS OF RELEASE (No. 2:17-cr-00163-TSZ) –2
LEGAL136784418.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000