THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SUNG HONG,<br> aka LAURENCE HONG<br> aka LAWRENCE HONG<br>and<br>HYUN JOO HONG,<br> aka GRACE HONG,<br><br>      Defendants. | No. 2:17-cr-00163-TSZ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TEMPORARILY REMOVE LOCATION MONITORING TRACKER AND TO ALLOW LEGAL VISITS AT THE FEDERAL DETENTION CENTER** |

  This matter having come to the Court's attention pursuant to the Unopposed Motion, docket no. 60, to Temporarily Remove Location Monitoring Tracker and to Allow Legal Visits at the Federal Detention Center, and the Court having reviewed the basis for the motion,

  It is hereby ORDERED that the Court grants permission to the U.S. Probation and Pretrial Services for the Western District of Washington to temporarily remove Hyun Joo Hong's ("Ms. Hong") location monitoring tracker for the purpose of allowing Ms. Hong to confer with her co-defendant (her husband), and counsel at the Federal Detention Center (FDC), SeaTac. This order applies to all properly verified legal meetings between Ms. Hong and her co-defendant (husband). The tracker will be removed in advance of such meetings at the Seattle

ORDER GRANTING TEMPORARY
REMOVAL OF TRACKER
(No. 2:17-cr-00163-TSZ) – 1
126172-0001/LEGAL137549511.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

probation office, or other location deemed appropriate by the probation officer. The tracker must be re-installed immediately after visitation.

DATED this 6th day of November, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Thomas W. Hillier, II*
Thomas W. Hillier, II, WSBA No. 5193
THillier@perkinscoie.com
Michelle L. Maley, WSBA No. 51318
MMaley@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant Hyun Joo Hong, aka Grace Hong

ORDER GRANTING TEMPORARY REMOVAL OF TRACKER (No. 2:17-cr-00163-TSZ) – 2
126172-0001/LEGAL137549511.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000