UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNG HONG and HYUN JOO HONG,<br><br>    Defendants. | CR17-163 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    All parties are DIRECTED to file a status report no later than Thursday, June 8, 2018, addressing whether the defendants can be sentenced on the same day. Sentencing for both defendants is currently set for Thursday, June 21, 2018, at 1:30 p.m.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1