UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNG HONG and HYUN JOO HONG,<br><br>　　　　　Defendants. | CR17-163 TSZ<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　The Government's motion to seal, docket no. 115, is GRANTED.

　　(2)　The Government's motion to seal, docket no. 118, is GRANTED.

　　(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 11th day of October, 2018.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1