THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HYUN JOO HONG,
  aka GRACE HONG,

    Defendant.

No: 2:17-cr-00163-TSZ-2

ORDER FOR THE CLERK TO RETAIN THE PASSPORT AND PERMANENT RESIDENT CARD OF HYUN JOO HONG

The Republic of Korea passport and Permanent Resident Card of the above named defendant was ordered surrendered to the Court pursuant to a special condition of the appearance bond, and posted with the Clerk on June 9, 2017. Judgment was entered in this matter on October 11, 2018, (dkt #132) and an Amended Judgment on October 24, 2018, (dkt #137).

On January 30, 2019, the Clerk of the Court (hereafter "Clerk"), issued a Notice Of Intent To Forward Passport And Permanent Resident Card providing that, absent any objections, the defendant's Republic of Korea passport and Permanent Resident Card be forwarded to Immigration and Customs Enforcement within thirty (30) days from the date of

*ORDER FOR THE CLERK TO RETAIN THE DEFENDANT'S PASSPORT AND PERMANENT RESIDENT CARD - 1*

the filing of the notice, (dkt. #151). The defendant, Hyun Joo Hong, aka Grace Hong, objects to the Clerk forwarding her Republic of Korea passport and Permanent Resident Card to Immigration and Customs Enforcement because there may be a need for access to these documents as her three young children continue to reside in the United States.

This matter, having come before this Court upon agreement of the parties, and the parties agreeing to the Clerk retaining the defendant's Republic of Korea passport and Permanent Resident card, and the Court having reviewed the records and files herein, it is hereby ORDERED that:

(1) the Republic of Korea passport and the Permanent Resident Card of the above named defendant shall remain with the Clerk of the Court, until further order by this Court; and,

(2) the Clerk is directed to retain the defendant's Republic of Korea passport and the Permanent Resident Card, until further notice from this Court.

DATED this 7th day of February, 2019.

Thomas S. Zilly
United States District Judge

*ORDER FOR THE CLERK TO RETAIN THE DEFENDANT'S PASSPORT AND PERMANENT RESIDENT CARD* - 2

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

| | |
|---|---|
| 1 | *Presented by:* |
| 2 | LAW OFFICE OF JONATHAN S. SOLOVY, PLLC |
| 3 | *s/ Jonathan S. Solovy* |
| 4 | _____ <br> Jonathan S. Solovy |
| 5 | WSBA#16622 <br> Attorney for Hyun Joo Hong |
| 6 | |
| 7 | 705 Second Avenue, Suite 1300 <br> Seattle, WA  98104-1741 |
| 8 | (206) 388-1090 <br> solovylaw@earthlink.net |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

*ORDER FOR THE CLERK TO RETAIN THE DEFENDANT'S PASSPORT AND PERMANENT RESIDENT CARD - 3*