1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUNG HONG,
    aka Laurence Hong,
    aka Lawrence Hong,

and,

HYUN JOO HONG,
    aka Grace Hong,

Defendants.

No. CR17-163-TSZ

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture, docket no. 181, for the following property:

1.  $152,457.35 in U.S. funds held in Interactive Brokers LLC account number XXXX6283, held in the name of Hyun Joo Hong;

2.  $927.42 in U.S. funds held in Interactive Brokers LLC account number XXXX9407, held in the name of Pishon Holding, LLC;

3. $5,069.17 in U.S. funds held in J.P. Morgan Chase Bank, N.A. account number XXX8615, held in the name of Pishon Holding, LLC;

4. $681.76 in U.S. funds held in J.P. Morgan Chase Bank, N.A. account number XXXXX9962, held in the name of Hyun Joo Hong;

5. One ring with attached apparent colorless, transparent, round, brilliant-cut diamond weighing approximately 3.02 carats, and apparent diamonds inset on band, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

6. One Rolex Oyster Perpetual Yacht-Master watch, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

7. One Patek Philippe watch with apparent inset diamond, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

8. One gold U.S. Liberty Coin, weighing approximately one ounce, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004; and

9. Assorted jewelry seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004, including items appearing to be: two gold metallic keys; four gold metallic bracelets; one gemstone pearl bracelet; one silver metallic ring; one Tiffany key pendant necklace; two gold metallic chain necklaces; and one gold metallic medallion necklace.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY CONCLUDES that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreements that Defendants Sung Hong and Hyun Joo Hong entered on March 27, 2018 and March 30, 2018, respectively, they agreed to forfeit their interest in the above-identified property, among other property, which is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) by way of 28 U.S.C. § 2461(c) as property constituting or derived from proceeds traceable to

Final Order of Forfeiture - 2
*United States v. Hong, et al.,* CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Wire Fraud* and *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 1349, and further pursuant to 18 U.S.C. § 982(a)(1) as property involved in *Conspiracy to Launder Monetary Instruments*, in violation of 18 U.S.C. § 1956(h), or as property traceable to such property (Dkt. No. 85, ¶ 8; Dkt. No. 88, ¶ 8);

- On October 11, 2018, the Court entered a Preliminary Order of Forfeiture for each Defendant, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 981(a)(l)(C) by way of 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1), and forfeiting the Defendants' interest in it (Dkt. Nos. 127, 128);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 162), and also provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A – B);

- On March 30, 2021, Third-Party Claimant Santander Consumer USA, Inc. filed a petition and claim for a 2015 Aston Martin DB9 Volante bearing Vehicle Identification Number SCFFDAFM9FGB16266. Dkt. No. 175. Pursuant to a Settlement Agreement approved by the Court on May 13, 2021, the United States agreed to return the Aston Martin vehicle to Third-Party Claimant Santander, which in turn agreed to pay associated vehicle storage fees and to independently sell the vehicle. Dkt. No. 180; and

- No additional third-party petitions to the property were filed, and the time for doing so has expired.

NOW, THEREFORE, THE COURT ORDERS:

1.  The Government's Motion for Entry of a Final Order of Forfeiture, docket no. 181, is GRANTED;

Final Order of Forfeiture - 3
*United States v. Hong, et al.,* CR17-163-TSZ

1    2.    No right, title, or interest in the above-listed property exists in any party

2 other than the United States;

3    3.    The property is fully and finally condemned and forfeited, in its entirety, to

4 the United States; and

5    4.    The United States Department of Justice, and/or its representatives, are

6 authorized to dispose of the property in accordance with the law.

7

8    IT IS SO ORDERED.

9

10    DATED this 17th day of February, 2022.

11

12

13

14    Thomas S. Zilly
      United States District Judge

15

16

17

18

19 Presented by:

20

21 *s/Krista K. Bush*
   KRISTA K. BUSH

22 Assistant United States Attorney
   United States Attorney's Office

23 700 Stewart Street, Suite 5220

24 Seattle, WA 98101
   (206) 553-2242

25 Krista.Bush@usdoj.gov

26

27

28

Final Order of Forfeiture - 4
*United States v. Hong, et al.,* CR17-163-TSZ