The Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNG HONG,<br>　aka Laurence Hong,<br>　aka Lawrence Hong,<br><br>and,<br><br>HYUN JOO HONG,<br>　aka Grace Hong,<br><br>Defendants | NO. CR17-163-TSZ<br><br>[PROPOSED]<br><br>**AMENDED**<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for an Amended Final Order of Forfeiture for the following property:

1. $160,816.44 in U.S. funds held in Interactive Brokers LLC account number XXXX6283, held in the name of Hyun Joo Hong;

2. $927.42 in U.S. funds held in Interactive Brokers LLC account number XXXX9407, held in the name of Pishon Holding, LLC;

Amended Final Order of Forfeiture - 1
*United States v. Hong, et al.*, CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. $5,069.17 in U.S. funds held in J.P. Morgan Chase Bank, N.A. account number XXX8615, held in the name of Pishon Holding, LLC;

4. $681.76 in U.S. funds held in J.P. Morgan Chase Bank, N.A. account number XXXXX9962, held in the name of Hyun Joo Hong;

5. One ring with attached apparent colorless, transparent, round, brilliant-cut diamond weighing approximately 3.02 carats, and apparent diamonds inset on band, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

6. One Rolex Oyster Perpetual Yacht-Master watch, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

7. One Patek Philippe watch with apparent inset diamond, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004;

8. One gold U.S. Liberty Coin, weighing approximately one ounce, seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004; and

9. Assorted jewelry seized on or about June 2, 2017, from the premises of 8918 NE 24th Street, Clyde Hill, Washington, 98004, including items appearing to be: two gold metallic keys; four gold metallic bracelets; one gemstone pearl bracelet; one silver metallic ring; one Tiffany key pendant necklace; two gold metallic chain necklaces; and one gold metallic medallion necklace.

//

//

Amended Final Order of Forfeiture - 2
United States v. Hong, et al., CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of an Amended Final Order of Forfeiture to correct an inaccurate description of property in the Final Order of Forfeiture is justified under Federal Rule of Civil Procedure 60(b)(1) and (b)(6) for the following reasons:

1. On February 17, 2022, the Court entered a Final Order of Forfeiture, which included a description of one item of property as: "$152,457 in funds held in Interactive Brokers LLC account number XXXX6283, held in the name of Hyun Joo Hong." *See* Dkt. 183.

2. After entry of the Final Order of Forfeiture, the United States informed the Court that the Final Order of Forfeiture is inaccurate because it describes only some ($152,457.35) of the total funds held in Interactive Brokers LLC account XXXX6283 ($160,814.44) and it seeks an Amended Final Order of Forfeiture correcting this mistake and reflecting the full amount of these funds.

3. The United States Marshals Service received $160,814.44 in funds from the Interactive Brokers LLC account XXXX6283, in two wire transfers ($152,457.35 and $8,359.09), approximately one month apart.

4. The United States Marshals Service is unable to transfer the funds from the second wire ($8,359.09) to the Asset Forfeitures Fund because those funds are not included in the description of this property in the Final Order of Forfeiture.

5. The United States informed the Court that it did not become aware of the second wire transfer until after entry of the Final Order of Forfeiture and that the mistake resulting in the inaccurate description of this property in the Final Order of Forfeiture was inadvertent. The Court finds these representations to be credible.

Amended Final Order of Forfeiture - 3
United States v. Hong, et al., CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Amending the Final Order of Forfeiture under these circumstances is justified under Federal Rule of Civil Procedure 60(b)(1), which provides that a Court may amend a final order due to mistake, inadvertence, surprise, excusable neglect, and under Rule 60(b)(6), which permits the Court to amend a final order for any other reason that justifies relief.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law; and

4. The Court will retain jurisdiction for the purpose of enforcing or amending this Amended Final Order of Forfeiture as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 18th day of November, 2022.

_____
THE HON. THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

//

//

//

Amended Final Order of Forfeiture - 4
United States v. Hong, et al., CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Amended Final Order of Forfeiture - 5
United States v. Hong, et al., CR17-163-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970